**Opinion issued June 7, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00202-CV

———————————

## IN RE INDUSTRIAL SPECIALISTS, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Industrial Specialists, LLC, has filed a petition for writ of mandamus, asserting that the trial court abused its discretion in denying its Rule 91a motion.[1]

---

[1] The underlying case is *Blanchard Refining Company LLC and Marathon Petroleum Company LP v. Industrial Specialists, LLC*, cause number 17-CV-1242, pending in the 212th District Court of Galveston County, Texas, the Honorable Patricia Grady presiding.

We **deny** relator's petition for writ of mandamus.  *See* TEX. R. APP. P.

52.8(a).  We withdraw our March 20, 2018 order that granted relator's emergency

motion for temporary relief.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.